## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| CYNTHIA WEST-RANDALL,<br><br>      Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 through 10, inclusive,<br><br>      Defendant. | CASE NO.: 3:14-CV-01268-TJC-PDB<br><br>**NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLEMENT

    Plaintiff, CYNTHIA WEST-RANDALL, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

                                      RESPECTFULLY SUBMITTED,
                                      CRUMLEY & WOLFE, P.A.

Dated: <u>January 2, 2015</u>      By:    */s/ Benjamin H. Crumley*
                                                  Benjamin H. Crumley (FL Bar No. 018284)
                                                  2254 Riverside Avenue
                                                  Jacksonville, FL 32204
                                                  P: (904) 374-0111
                                                  F: (904) 374-0113
                                                  E: ben@cwbfl.com
                                                  *Attorney for Plaintiff,*
                                                  *Cynthia West-Randall*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 2nd day of January, 2015:

**Glenn Scott Banner**
Hinshaw & Culbertson, LLP
50 N Laura St., Suite 2200
Jacksonville, FL 32202
T: 904-359-9620
F: 904-359-9640
E: gbanner@hinshawlaw.com

By: */s/ Benjamin H. Crumley*
Benjamin H. Crumley