UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSON DIVISION

| | |
|---|---|
| **CYNTHIA WEST-RANDALL,**<br>　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>**and DOES 1 through 10, inclusive,**<br>　　Defendant. | Civil Action No.: 3:14-cv-01268-TJC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff CYNTHIA WEST-RANDALL hereby voluntarily dismisses her claims against Defendant PERFORMANT RECOVERY, INC., and DOES 1 through 10, inclusive. Plaintiff CYNTHIA WEST-RANDALL, by counsel, and Defendant, PERFORMANT RECOVERY, INC., by counsel, hereby stipulate and agree that all of Plaintiff's claims against PERFORMANT RECOVERY, INC. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 29, 2015

　　　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Benjamin H. Crumley
　　　　　　　　　　　　　　　　　　　　　　　Benjamin H. Crumley, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 018284
　　　　　　　　　　　　　　　　　　　　　　　Crumley & Wolfe, P.A.
　　　　　　　　　　　　　　　　　　　　　　　2254 Riverside Avenue
　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32204
　　　　　　　　　　　　　　　　　　　　　　　Phone: (904) 374-0111
　　　　　　　　　　　　　　　　　　　　　　　Fax: (904) 374-0113
　　　　　　　　　　　　　　　　　　　　　　　Email: ben@cwbfl.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　Cynthia West-Randall

2

DATED: January 29, 2015

By: /s/ *Glenn Scott Banner*
Glenn Scott Banner
Hinshaw & Culbertson, LLP
Suite 2200
50 N Laura St
Jacksonville, FL 32202
(904) 359-9620
Fax: (904) 359-9640
Email: gbanner@hinshawlaw.com Attorneys for Defendant,
Performant Recovery, Inc.