UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA WEST-RANDALL,

    Plaintiff,

v.                                                  Case No. 3:14-cv-1268-J-32PDB

PERFORMANT RECOVERY, INC.
and DOES 1-10, INCLUSIVE,

    Defendants.

## **O R D E R**

Upon review of the parties' Stipulation of Dismissal with Prejudice (Doc. 8), filed on January 29, 2015, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of February, 2015.

                                                                    TIMOTHY J. CORRIGAN
                                                                      United States District Judge

bjb
Copies:

Counsel of Record